# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4070

_____

Peter Jon Simpson; Beverly Simpson,      *
by and on behalf of themselves and       *
Katherine Simpson, a minor,              *
                                         *
            Appellants,                  *
                                         *   Appeal from the United States
      v.                                 *   District Court for the
                                         *   Western District of Missouri.
Glenda Harris; Mickie Dodds; Sharon      *
Carr; Perry Epperly; Michael A. Carr;    *      [UNPUBLISHED]
Holly Ryan; Doris Morgan; George         *
Perrigo, Sgt.; John Doe, Unknown         *
Deputy Sheriff #1; John Doe, Unknown     *
Deputy Sheriff #2; Benno Steinmetz,      *
M.D., Doctor; John R. Carlile, M.D.,     *
Doctor; Miss Fisher, Nurse; Lester E.    *
Cox Medical Center, South; John Doe,     *
Unknown Foster Care Person,              *
                                         *
            Appellees.                   *

_____

Submitted: October 7, 1999
    Filed:   October 13, 1999

_____

Before LOKEN, MAGILL, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Peter, Beverly, and Katherine Simpson appeal from the district court's[1] grant of defendants' motion to dismiss under Federal Rule of Civil Procedure 41(b). The court's ruling was based on its finding that the Simpsons had continually and wilfully disobeyed court orders, including this court's order that:

> Jon Peter Simpson and Beverly Simpson are hereby prohibited from seeking any further relief in this court or in the United States District Court for the District of Western Missouri until they provide satisfactory proof that they and the juvenile K.A.S. have appeared before and submitted to the jurisdiction of the Greene County, Missouri Juvenile Court.

In re: Simpson, No. 94-2211 (8th Cir. Aug. 15, 1994) (unpublished order).

Having carefully reviewed the record, the parties' submissions, and the nearly eight-year history of this lawsuit, we conclude that the district court did not clearly err in determining that the Simpsons had wilfully disregarded court orders, and did not abuse its discretion in sanctioning their conduct through dismissal. See Rodgers v. Curators of Univ. of Missouri, 135 F.3d 1216, 1219-20 (8th Cir. 1998) (standard of review).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.